```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIDAL BARCLAY,                    :
                                  :
        Plaintiff,                :
                                  :
             v.                   :   CIVIL ACTION NO.02-2609
                                  :
IMMIGRATION AND                   :
NATURALIZATION SERVICE, et al.    :
                                  :
        Respondent.               :
```

PRAECIPE TO FILE ATTACHMENTS

TO THE CLERK
United States District Court

Kindly file with the Court the hard copy attachments to Response in Opposition to Petition for Writ of Habeas Corpus re(1) Petition for Writ of Habeas Corpus by Vidal Barclay, by John Ashcroft (res), Charles Zemski (res), James W. Ziglar (res). (BECKER, SUSAN), (Document Number 5) which was electronically filed on July 2, 2002. The original attachments are this day being hand delivered to the Clerk's Office.

                                    Respectfully submitted,

                                    PATRICK L. MEEHAN
                                    UNITED STATES ATTORNEY


                                    _____
                                    SUSAN R. BECKER
                                    Assistant United States Attorney

Date: July 2, 2002

CERTIFICATE OF SERVICE

      I do hereby certify that service of the within Praecipe was made upon:

>Brian Figeroux, Esquire
>Figeroux & Associates
>26 Court Street, Suite 709
>Brooklyn, NY 11242

by mailing a true and correct copy thereof, postage prepaid on this 2nd day of July, 2002.

>SUSAN R. BECKER
>Assistant United States Attorney
>615 Chestnut Street
>Suite 1250
>Philadelphia, PA  19106