IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VIDAL BARCLAY                                  :

                                               :

            v.                                 :            CIVIL ACTION NO.  02-2609

                                               :

CHARLES ZEMSKI, ET AL.                         :

                                               :


ORDER OF REPORT AND RECOMMENDATION


            AND NOW, this          day of         ,          , in accordance with the

procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C.

§636(b) (1) (B), it is hereby

            ORDERED that the above-captioned case is referred to the Honorable JACOB P.

HART, United States Magistrate Judge, for a report and recommendation.



                                      BY THE COURT:



                                      _____

                                              LOUIS H. POLLAK, J.



civrr